

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAR 23 P 3: 51

LORETTA G. WHYTE

**MINUTE ENTRY**
**VANCE, J.**
**March 22, 2000**

00-232

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

You are hereby notified that the following numbered and entitled cases will be called on **WEDNESDAY, APRIL 12, 2000, at 10:00am before JUDGE SARAH S. VANCE** in Room C279, 500 Camp Street, New Orleans, LA and if no good cause be shown for such inaction they will be dismissed.

| | |
|---|---|
| 98-2312 | LEWIS HARRIS VS. ADVANCE TRANSFORMER COMPANY, ET AL<br>No answer or default judgment as to the defendant, Sim Kar Lighting Fixture Co., Inc. |
| 99-1182 | ROSS JUDY VS. HAROLD J. TREADAWAY, JR., ET AL<br>No answer or default judgment as to the third party defendant, Jimmie Buckley. |
| 99-2673 | TRIORIENT TRADING, INC., ET AL VS. M/V KAPITAN BOCHEK, ET AL<br>No answer of default judgment as to the defendants, Murmansk Shipping and Columbia Ship Management, Ltd. |
| 99-2722 | PERFORADORA CENTRAL, S.A., DE C.V. VS. M/V ROSIE, ET AL<br>No answer of default judgment as to the defendants, South Pacific Fishing Investment Co., Ltd, Nautica Saltamar, S.A. de C.V. and Cotemar S.A. de C.V. |
| 99-2747 | HARRIS MARSHALL VS. P.R. CONTRACTORS, INC., ET AL<br>No answer of default judgment as to the defendant, P.R. Contractor, Inc. |
| 99-2809 | JOHN SEAL, ET AL VS. FAB-CON, INC., ET AL<br>No answer of default judgment as to the defendant, Meadowcrest Hospital. |

DATE OF ENTRY
MAR 2 4 2000



___Fee___
___Process___
_X_ Dktd
___CtRmDep___
___Doc.No.___ 3

| | |
|---|---|
| 99-2842 | GWEN GIBSON VS. DELTA QUEEN STEAMBOAT CO.<br>No answer of default judgment as to the defendant, Delta Queen Steamboat Co. |
| 99-3162 | CRAMER PRODUCTS, INC., ET AL VS. SEACARGO INTERNATIONAL, ET AL<br>No answer of default judgment as to the defendants, Cetex International, Transports Carpentier Normandie, Sabrina Shipping Ltd, Partrederiet MSC Sabrina, Mediterranean Shipping Co., Compania Naviera Sabrina, Polish Ocean Lines, and Gdynia American Line, Inc. |
| 99-3586 | DENNIS BENNETT VS. CHEMICAL LEAMAN TANKLINES, ET AL<br>No answer of default judgment as to the defendant, Van Camp Trailers and Body, Inc. |
| 99-3634 | ALPHONSE GRAFFIA, III VS. SERAFIN TOPIC, ET AL<br>No answer of default judgment as to the defendants, Serafin Topic, Termar Navigation Co., Inc. Marfin Management S.A.M., Blue Water Shipping, Inc. and Western Cumberland Carriers, Inc. |
| 99-3670 | CARGILL FERROUS INTERNATIONAL VS. M/V ARMIA LUDOWA, ET AL<br>No answer of default judgment as to the defendants Polish Steamship Co., Starlib Liberia Ltd, Zegluga Polska S.A. Szczecin, and Polish Ocean Tramp Ltd. |
| 99-3682 | DANIEL CHARPENTIER, ET AL VS. JAMES J. WALLACE, ET AL<br>No answer of default judgment as to the defendant, James J. Wallace. |
| 99-3707 | JOHN P. GONZALEZ, ET AL VS. GEICO, ET AL<br>No answer of default judgment as to the defendant, Prudential Property and Casualty Co. |
| 00-69 | SHAREEF COUSIN VS. ANTHONY SMALL, ET AL<br>No answer of default judgment as to the defendants, Anthony Small, Dwight Deal, Patrick Jones, Byron Berry, Roger Jordan, Greg Kennedy, Harry Connick, Richard Pennington, and the City of New Orleans. |
| 00-97 | UNITED STATES OF AMERICA VS. BETTY A. WILLIAMS<br>No answer of default judgment as to the defendant, Betty A. Williams. |
| 00-124 | GUSTAVE J. LEHMANN, III, ET AL VS. ST. TAMMANY PARISH SCHOOL BOARD<br>No answer of default judgment as to the defendant, St. Tammany Parish School Board. |



00-232     UNITED STATES OF AMERICA VS. ALETHA EDWARDS
No answer of default judgment as to the defendant, Aletha Edwards.

00-272     DONGKUK INTERNATIONAL, INC., ET AL VS. COASTAL CARGO CO., INC., ET AL
No answer of default judgment as to the defendant, Midwest Marine Management Co.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

All inquiries regarding this notice are to be directed to:
Jay Susslin, Courtroom Deputy Clerk
Section "R"
500 Camp Street, Room C151
New Orleans, LA 70130
(504) 589-7689
(504) 589-2050 fax