FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAR 23  P 3: 51

LORETTA G. WHYTE

USAO No. 2000Z00007

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CIVIL ACTION |
| Plaintiff, | * | NO. 00-232 |
| v. | * | SECTION: "R (2) |
| **ALETHA EDWARDS** | * | |
| Defendant. | * | |

\* \* \*

**CONSENT JUDGMENT**

Plaintiff United States of America and the defendant, Aletha Edwards, having entered into, executed and filed into this record a Stipulation for Consent Judgment, it is hereby:

ORDERED, ADJUDGED and DECREED that Judgment of Consent be entered in this proceeding in favor of the United States of America and against Aletha Edwards, in the amount of $4,269.84, interest accruing on the principal amount at the rate of 8 percent per annum or the daily rate of $0.61 from November 29, 1999, to date of judgment, and interest from date of judgment until paid in full at the Treasury bill rate, 28 U.S.C. § 1961; and the costs of this proceeding.

DATE OF ENTRY
MAR 2 4 2000



New Orleans, Louisiana, this 21st day of March, 2000.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

_____
ENEID A. FRANCIS (5816)
Assistant United States Attorney
Hale Boggs Federal Building
501 Magazine Street, Second Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3060

_____
ALETHA EDWARDS
Defendant