AO 133    (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __LOUISIANA__

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAR 30 A 11:57

LORETTA G. WHYTE

UNITED STATES OF AMERICA

V.

ALETHA EDWARDS

**BILL OF COSTS**

Case Number: 00-0232 "R"(2)

Judgment having been entered in the above entitled action on __3/24/2000__ against __Aletha Edwards__, the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ 150.00 |
| Fees for service of summons and subpoena | 43.90 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | 20.00 |
| **TOTAL** | **$ 213.90** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:    Aletha Edwards

Signature of Attorney: _____

Name of Attorney: ENEID A. FRANCIS, AUSA

For: __PLAINTIFF, USA__    Date: 3/30/00
Name of Claiming Party

Please take notice that I will appear before the clerk who will tax said costs on the following day and time.    Date and Time: 4/13/2000    3:30 P.M.

Costs are taxed in the amount of $ 213.90 and included in the judgment.

Clerk of Court: Loretta G. Whyte    DATE OF ENTRY    Deputy Clerk: 4/14/00

APR 1 4 2000

___ Process
X   Dktd
___ CtRmDep
Doc.No. 7