FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 AUG 31 PM 3: 42

LORETTA G. WHYTE
CLERK

USA No. 2000Z00007

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CIVIL ACTION |
| v. | * | NO. 00-0232 |
| **ALETHA EDWARDS** | * | SECTION: "R" (2) |
| | * * * | |

### APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the defendant, Aletha Edwards, Social Security Number 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, whose last known address is 2833 Fourth Street, New Orleans, LA 70113, in the above-captioned action in the amount of $4,340.43, plus interest from date of judgment until paid. No payments have been received by the defendant, leaving a total balance due of $4,733.97, as of August 31, 2001.

Plaintiff further requests that it be allowed to recover as part of its garnishment, a surcharge of 10 percent of the amount of the currently outstanding debt pursuant to 28 U.S.C. § 3001(a).

DATE OF ENTRY
SEP 0 7 2001

Demand for payment of the above-stated debt was made upon Aletha Edwards more than 30 days before August 1, 2001, but Aletha Edwards has failed to satisfy the debt.

The Garnishee is believed to owe or will owe money to Aletha Edwards, or is in possession of property of Aletha Edwards, in which Aletha Edwards has a substantial non-exempt interest.

The name and address of the Garnishee or its authorized agents:

    City of New Orleans
    Attn: Department of Health
    1300 Perdido St., Rm. 8E18
    New Orleans, LA  70112

        Respectfully submitted,

        JIM LETTEN
        UNITED STATES ATTORNEY

        _____
        ENEID A. FRANCIS
        Assistant United States Attorney
        Bar Roll No. 5816
        501 Magazine Street
        Hale Boggs Federal Building
        New Orleans, Louisiana  70130
        Telephone: (504) 680-3060

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| v. | * | NO. 00-0232 |
| ALETHA EDWARDS | * | SECTION: "R" (2) |
| | * * * | |

## O R D E R

The United States of America has applied for issuance of a Writ of Garnishment in order to satisfy the judgment entered against Aletha Edwards;

IT IS HEREBY ORDERED that the Clerk issue the Writ of Garnishment and City of New Orleans be made garnishee and ordered to answer the writ within 10 days from service.

New Orleans, Louisiana, this 6th day of September, 2001.

_Sarah Vance_
UNITED STATES DISTRICT JUDGE

USA No. 2000Z00007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| v. | * | NO. 00-0232 |
| ALETHA EDWARDS | * | SECTION: "R" (2) |

\* \* \*

**WRIT OF GARNISHMENT**

GREETINGS TO:

City of New Orleans
Attn: Department of Health
1300 Perdido St., Rm. 8E18
New Orleans, LA 70112

An application for a Writ of Garnishment against the property of defendant, Aletha Edwards, 2833 Fourth Street, New Orleans, LA 70113, has been filed with this Court. A judgment was entered against Aletha Edwards in the amount of $4,340.43, plus interest from date of judgment until paid. A balance of $4,733.97 remains outstanding.

- 1 -

memo copy

Plaintiff has further requested, as part of this garnishment, that it recover a surcharge of 10 percent of the amount of the debt currently outstanding, or $494.69, pursuant to 28 U.S.C. § 3001(a).

You are required by law to answer in writing, under oath, within 10 days, whether or not you have in your custody, control or possession, any property owned by defendant, Aletha Edwards, including non-exempt disposable earnings.

You must file the original written answer to this writ within 10 days of your receipt of this writ with the Clerk of Court, United States District, 500 Camp Street, New Orleans, Louisiana 70130. Additionally, you are required by law to serve a copy of your answer upon:

    (1)    Aletha Edwards
            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
            2833 Fourth Street
            New Orleans, LA 70113

and

    (2)    United States Attorney's Office
            Financial Litigation Unit
            Hale Boggs Federal Building
            501 Magazine Street, Second Floor
            New Orleans, LA   70130

You are required to withhold and retain any property or funds in which Aletha Edwards has a substantial non-exempt interest for which you are or may become indebted to Aletha Edwards pending further order of the court. Under the law, there may be property which is exempt from this Writ of Garnishment. Property which is exempt and which is not subject to this writ is listed on the attachment entitled Exemptions Under Federal and State Law. It is

unlawful to pay or deliver to the defendant any item attached by this writ. Pursuant to 15 U.S.C. § 1674, City of New Orleans is prohibited from discharging Aletha Edwards from employment because his earnings have been subject to garnishment.

If you fail to answer this writ or withhold property in accordance with this writ, the United States of America may petition the court for an order requiring you to appear before the court. If you fail to appear or do appear and fail to show good cause why you failed to comply with this writ, the court may enter a judgment against you for the value of the defendant's non-exempt property. In addition, you may be liable for a reasonable attorney's fee to the United States of America.

New Orleans, Louisiana, this __7th__ day of __September__, 2001.

LORETTA G. WHYTE

_____
UNITED STATES DISTRICT CLERK

By: Deputy Clerk

- 3 -

## EXEMPTIONS UNDER FEDERAL AND STATE LAW

### MAJOR EXEMPTIONS UNDER FEDERAL LAW

The exemptions from garnishment listed below may apply in this case:

1. Social Security benefits and Supplemental Security income (42 U.S.C. § 407).

2. Veterans' benefits (38 U.S.C. § 3101).

2a. Members of armed services (10 U.S.C. § 1440, 38 U.S.C. § 562).

3. Federal civil service retirement benefits (5 U.S.C. § 8346 and 22 U.S.C. § 4060(c)).

4. Annuities to survivors of federal judges (28 U.S.C. § 376(n)).

5. Longshoremen and Harborworkers Compensation Act (33 U.S.C. § 916).

6. Black lung benefits (30 U.S.C. §§ 931(b)(2)(F) and 932(a)).

6a. Seaman's, master's or fisherman's wages, except for child support or spousal support and maintenance (46 U.S.C. §§ 1108-1109(a-c)).

Exemptions listed under 1 through 6 above may not be applicable in child support and alimony cases (42 U.S.C. § 659).

6b. Railroad retirement, pension, unemployment benefits (45 U.S.C. §§ 231(m), 352(e).

7. Compensation for war risk hazards (42 U.S.C. § 1717).

8. **BANKRUPTCY CODE** (Title 11, United States Code) which generally provides exemptions for:

8a. $15,000 in equity in a residence.

8b. $2,400 in equity in a motor vehicle.

8c. $1,000 in jewelry.

- 1 -

    8d.    $8,000 in personal property.

    8e.    In addition, a debtor who does not own a residence or who has less than $15,000 in equity in a residence may exempt an additional $7,500 in personal property. Additional exemptions or limited exemptions apply to such items as insurance contracts, pensions and various benefits such as Social Security.

**NOTE:**    If the Bankruptcy Code exemptions are selected (line 8 above), the debtor may <u>not</u> also claim the state law exemptions listed below.

### MAJOR EXEMPTIONS UNDER STATE LAW

**NOTE:**    If the debtor elects the exemptions available under state law, the law of the state where the debtor has been domiciled for at least 180 days governs the debtor's rights.

    9.    Homestead exemption not to exceed 160 acres; up to $15,000 (LA R.S.20:1)

    10.    General exemption from seizure (LA R.S. 13:3881): 75% of disposable earnings for any week but not less than 30 times the federal minimum hourly wage in effect

          Tools, instruments and books necessary for trade, profession or livelihood

          One pickup truck with gross weight of less than 3 tons or one motor vehicle without luxury characteristics

          One utility trailer

          Personal servitude of habitation and the usufruct under Art. 223 of the Civil Code

          Clothing and certain household goods

          Family portraits

          Certain military firearms

          Musical instruments

       Certain livestock used by the family

       Wedding or engagement rings not exceeding $5,000

11. Certain pensions, annuities, and gratuity payment by employer (LA R.S. 20:33)

12. Teacher's pension, annuity, or retirement allowance (LA R.S. 17:573)

13. Insurance proceeds, endowments and annuities (LA R.S. 22:646, 647, 649)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| v. | * | NO. 00-0232 |
| ALETHA EDWARDS | * | SECTION: "R" (2) |
| * * * | | |

### CLERK'S NOTICE OF GARNISHMENT

YOU ARE HEREBY NOTIFIED that a garnishment is being taken by the United States of America which obtained a judgment against you in the United States District Court, Eastern District of Louisiana, Civil Action No. 00-0232, Section "R", in the sum of $4,340.43, plus interest from date of judgment until paid. A balance of $4,733.97 remains outstanding.

YOU ARE FURTHER NOTIFIED that there are exemptions under the law which may protect some of the property from being taken by the United States of America if you can show that the exemptions apply. Attached is a Claim for Exemption Form which lists a summary of the major exemptions which apply in most situations in the State of Louisiana. If you are Aletha Edwards, you have a right to ask the

- 1 -

*Memo Copy*

court to return your property to you if you think you do not owe the money the United States of America is taking, or you think that the property the United States of America is taking qualifies under one of the exemptions referred to above.

If you want a hearing, you must notify the court within 20 days after receipt of the notice. Your request must be in writing. If you wish, you may use this notice to request the hearing by checking the box below. The hearing will take place within 5 days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible. If you do not request a hearing within 20 days of receiving this notice, the garnishment will become effective.

You must either mail or deliver your written request in person to the Clerk, United States District Court, 500 Camp Street, New Orleans, Louisiana 70130. A copy of your request must also be sent to the United States Attorney's Office, Financial Litigation Unit, Hale Boggs Federal Building, 501 Magazine Street, New Orleans, Louisiana 70130, so the United States of America will know you want a hearing. At the hearing you may explain to the judge why you think you do not owe the money to the United States of America.

If you think you live outside the Federal judicial district in which the court is located, you may request, not later than 20 days after you receive this notice, that this proceeding to take your property be transferred by the court to the Federal judicial district in which you reside. You must make your request in writing, and either mail or deliver it in person to the Clerk,

- 2 -

United States District Court, 500 Camp Street, New Orleans, Louisiana 70130. A copy of your request must also be sent to the United States Attorney's Office, Financial Litigation Unit, Hale Boggs Federal Building, 501 Magazine Street, New Orleans, Louisiana 70130, so the United States of America will know you want the proceeding to be transferred.

Be sure to keep a copy of this notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the Clerk of the Court. The clerk is not permitted

to give legal advice, but can refer you to other sources of information.

**LORETTA G. WHYTE**

---
CLERK, U. S. DISTRICT COURT

*Uecla Dup*
By: Deputy Clerk

REQUEST FOR HEARING

___ I request a hearing because:

 ___ I disagree with the reason that the United States of America gives for taking my property

 ___ I do not owe the money to the United States of America as it says I do.

 ___ The property that the United States of America is taking is exempt. The Claim for Exemption Form indicating my exemptions is attached.

---
Defendant's Name (printed or typed)

---
Defendant's Signature

Address: _____

_____

Telephone: _____

Date: _____

- 4 -