FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 SEP 28  PM 12: 20

LORETTA G. WHYTE
CLERK

USAO No. 2000Z00007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| v. | * | NO. 00-0232 |
| ALETHA EDWARDS | * | SECTION: "R" (2) |
| | * * * | |

### ANSWER OF THE GARNISHEE

    <u>   Joyce G. Joseph   </u>, BEING DULY SWORN DEPOSES AND SAYS:

A.    IF GARNISHEE IS AN INDIVIDUAL:

    That the debtor is Garnishee herein doing business in the name of <u>                                              </u>.

IF THE GARNISHEE IS A PARTNERSHIP:

    That the debtor is a member <u>                               </u> of a partnership composed of which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

    That the debtor is the <u>Aletha Edwards</u> of Garnishee,

- 1 -

___Fee_____
___Process_____
 X  Dktd _____
___CtRmDep_____
    Doc.No. 11

City of <u>New Orleans, a municipal</u> corporation, organized under the laws of the State of <u>Louisiana</u>.

    B.    On <u>September 24,</u>, 2001, Garnishee was served with the Writ of Garnishment for the pay period in effect on the date of service.

1. Defendant was in my/our employ.   <u> x </u> Yes   <u>    </u> No

2. Pay period is <u>   </u> weekly, <u> x </u> bi-weekly, <u>   </u> semi-monthly, <u>   </u> monthly.

   The pay period in effect on the Order and Writ of Garnishment were served began on <u>September 17, 2001.</u>

3. Enter amount of net wages. Calculate below:

   (a) Gross Pay $ <u>  10,691.00  </u>

   (b) Federal income tax $ <u>  1,131.21  </u>

   (c) F.I.C.A. income tax $ <u>  655.13  </u>

   (d) State income tax $ <u>  266.90  </u>

   (e) Total of tax withholdings $ <u>  2,053.24  </u>

   Net Wages     $ <u>  6,875.96  </u>
   (a less e)

4. Have there been previous garnishments which are presently in effect.

       <u>    </u> Yes   <u> x </u> No

   If the answer is yes, describe below.

   _____
   _____
   _____
   _____

C. Garnishee has custody, control or possession of the following property (non-earnings), in which the judgment-debtor maintains an interest:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

D. Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| Amount | Estimate Date or Period Due |
|---|---|
| 1. $ None, except future wages. | |
| 2. $_____ | _____ |
| 3. $_____ | _____ |
| 4. $_____ | _____ |

E. Check the applicable line below, if you deny that you hold property subject to this order of garnishment.

_____ Garnishee makes the following claim of exemption on the part of judgment-debtor:

_____

_____

_____

OR

_____ Garnishee has the following objections, defenses, or set-offs to plaintiff's right to apply Garnishee's indebtedness to judgment-debtor upon plaintiff's claim:

- 3 -

_____   Garnishee was then in no manner and upon no account indebted or under liability to the defendant, and that the Garnishee did not have in its possession or control any property belonging to the judgment-debtor, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

F. Garnishee mailed the original of this answer by first-class mail to the Clerk of Court, United States District Court, 500 Camp Street, New Orleans, Louisiana 70130, and a copy of this answer by first-class mail to (1) Aletha Edwards, at 2833 Fourth Street, New Orleans, LA 70113 and (2) the United States Attorney's Office, Financial Litigation Unit, Hale Boggs Federal Building, 501 Magazine Street, New Orleans, Louisiana 70130.

_____
                      GARNISHEE
                       16936

Subscribed and sworn to before me this
27th day of Sept 2001.

_____
          Notary Public

My commission expires: At Death

- 4 -