FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 OCT 25 PM 12: 26

LORETTA G. WHYTE
CLERK

USA No. 2000Z00007

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| v. | * | NO. 00-0232 |
| ALETHA EDWARDS | * | SECTION: "R" (2) |

                                        *    *    *

### MOTION FOR ENTRY OF GARNISHEE ORDER

NOW INTO COURT, through the undersigned Assistant United States Attorney, comes the United States of America, and moves for entry of a Garnishee Order pursuant to 28 U.S.C. § 3205(c)(7) moves for the reasons set forth below.

1.  A Writ of Garnishment directed to City of New Orleans, garnishee, was duly issued and served on City of New Orleans.

2.  Pursuant to the Writ of Garnishment, City of New Orleans filed an Answer stating that at the time of service of the Writ of Garnishment, it had in its possession or under its control, personal property belonging to or due to Aletha Edwards, and that it was indebted to Aletha Edwards.

DATE OF ENTRY
OCT 3 0 2001

Fee
Process
X Dktd
CtRmDep
Doc.No. 12

3. More than 20 days have elapsed since the defendant was notified of the right to a hearing and a hearing to determine exempt property has not been requested.

4. Under 28 U.S.C. § 3205(c)(7), after the garnishee files an answer and if no hearing is requested, the court shall promptly issue an order directing the garnishee as to the disposition of the judgment debtor's property.

5. Pursuant to 28 U.S.C. § 3011, plaintiff is entitled as part of this proceeding to recover a surcharge of 10 percent of the amount of the debt. As set forth in the Writ of Garnishment, the amount of the debt on August 31, 2001, was $4,733.97.

Accordingly, the United States of America, moves that a Garnishee Order be entered directing City of New Orleans as to the disposition of the defendant's property in its custody, possession or control.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

*[signature]*

ENEID A. FRANCIS
Assistant United States Attorney
Bar Roll No 5816
Hale Boggs Federal Building
501 Magazine Street, Second Floor
New Orleans, Louisiana  70130
Telephone: (504) 680-3060

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CIVIL ACTION |
| v. | * | NO. 00-0232 |
| **ALETHA EDWARDS** | * | SECTION: "R" (2) |
| | * * * | |

### GARNISHEE ORDER

Considering the Motion for Entry of Garnishee Order filed by the United States of America,

IT IS HEREBY ORDERED that City of New Orleans pay the United States of America the lesser of: (1) 25% of defendant's disposable earnings each pay period, 28 U.S.C. §§ 3205(a), 3002(9), or (2) the amount by which defendant's disposable earnings exceed 30 times the Federal minimum hourly wage as prescribed by 29 U.S.C. § 206(a)(1), and continue these payments until the debt is paid in full; City of New Orleans no longer has custody, possession or control of any property belonging to Aletha Edwards; or until further order of this court. Payments are to be made to the U.S. Department of Justice as directed by the United States Attorney's Office.

IT IS FURTHER ORDERED that pursuant to 28 U.S.C. § 3011, the plaintiff shall recover from the defendant a surcharge of 10 percent of the amount of the debt, which amount is $494.69.

New Orleans, Louisiana, this 30 day of October, 2001.

                                                          _____
                                                         UNITED STATES DISTRICT JUDGE